IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| MOHAMMED T. KHAN, | ) | NO.: 20-14037 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JACQUELINE P. COX |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Now comes Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that Confirmation be denied, stating as follows:

1. On July 16, 2020, the Debtor filed the instant bankruptcy petition under Chapter 13 of the Bankruptcy Code (11 U.S.C. Sec. 1301 et seq.)

2. Nationstar Mortgage LLC d/b/a Mr. Cooper services the mortgage lien on the real property commonly known as 1207 Quincy Ct, Wheeling, Il 60090.

3. Nationstar Mortgage LLC d/b/a Mr. Cooper is preparing to file a claim secured by an interest in the real property commonly known as 1207 Quincy Ct, Wheeling, Il 60090.

4. The proof of claim that Nationstar Mortgage LLC d/b/a Mr. Cooper intends to file includes an estimated pre-petition arrearage in the amount of $45,975.16.

5. However, the Debtor's Chapter 13 plan provides for payment of $0.00 over the life of the plan, which contravenes Nationstar Mortgage LLC d/b/a Mr. Cooper's rights under 11 U.S.C. §1322(b)(2) and/or §1322(b)(5).

6. Additionally, given that the estimated arrears are higher than provided for in the plan, the plan raises feasibility issues.

7. Moreover, this is the Debtor's third bankruptcy filing within one year therefore, it is puzzling that Debtor failed to account for any mortgage arrears in the instant plan.

8. Therefore, sufficient grounds exist for the denial of confirmation as Debtor's plan is unfeasible and fails to cure the pre-petition arrears due and owing to Nationstar Mortgage LLC d/b/a Mr. Cooper.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper respectfully prays that Confirmation of the Debtor's Chapter 13 Plan be denied, and for such other and further relief as this Honorable Court deems just.

Respectfully Submitted,

Nationstar Mortgage LLC d/b/a Mr. Cooper
*/s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC# 6295897 cc
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088