UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 20-14037 |
| Mohammed T. Khan ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Jacqueline P Cox | |
| ) | | |
| ) | 1 | |
| Debtor(s) ) | | |

**ORDER IMPOSING THE AUTOMATIC STAY**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

A. That the automatic stay is hereby imposed as to all creditors pursuant to §362(c)(4), until November 2, 2020 at 10:30 a.m.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 05, 2020